NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LAURA A. HUNT,**
*Petitioner,*

v.

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent.*

---

2011-3001

---

Petition for review of the Merit Systems Protection Board in case no. CH0831090791-C-1.

---

**ON MOTION**

---

**ORDER**

Laura A. Hunt moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

NOV   8 2010
_____
          Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Laura A. Hunt
     Douglas K. Mickle, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 0 8 2010

JAN HORBALY
CLERK